# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ENGINUITY, LLC,** | : | **CIVIL ACTION NO. 1:19-CV-159** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **VIEGA LLC,** | : | |
| **Defendant** | : | |

_____

| | | |
|---|---|---|
| **THE PLUMBER'S SHOP AND ASSOCIATES, LLC, Individually and on Behalf of All Others Similarly Situated,** | : | **CIVIL ACTION NO. 1:19-CV-681** |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| v. | : | |
| **VIEGA LLC,** | : | |
| **Defendant** | : | |

_____

| | | |
|---|---|---|
| **AL'S DISCOUNT PLUMBING, LLC, Individually and on Behalf of All Others Similarly Situated,** | : | **CIVIL ACTION NO. 1:19-CV-685** |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| v. | : | |
| **VIEGA LLC,** | : | |
| **Defendant** | : | |

_____

| | | |
|---|---|---|
| **ACCURATE BACKFLOW AND PLUMBING SERVICES, INC.,** and **HOMESTEAD HEATING & PLUMBING, LLC**, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | **CIVIL ACTION NO. 1:19-CV-822** (Chief Judge Conner) |
| Plaintiffs | : : | |
| v. | : : | |
| **VIEGA LLC**, | : : | |
| Defendant | : | |

_____

| | | |
|---|---|---|
| **RYAN PLUMBING, INC.,** and **AIRIC'S HEATING & AIR CONDITIONING, INC.**, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | **CIVIL ACTION NO. 1:19-CV-826** (Chief Judge Conner) |
| Plaintiffs | : : | |
| v. | : : | |
| **VIEGA LLC**, | : : | |
| Defendant | : | |

_____

| | | |
|---|---|---|
| **PRIME SOURCE PLUMBING & HEATING CORP.**, Individually and on Behalf of All Others Similarly Situated, | : : : : | **CIVIL ACTION NO. 1:19-CV-842** (Chief Judge Conner) |
| Plaintiffs | : : | |
| v. | : : | |
| **VIEGA LLC**, | : : | |
| Defendant | : | |

**ORDER GRANTING MOTION OF INDIRECT PURCHASER PLAINTIFFS, PURSUANT TO STIPULATION, AND WITH THE CONCURRENCE OF DEFENDANT VIEGA, LLC, TO REVISE PORTIONS OF THE COURT'S <u>JULY 15, 2019 ORDER [ECF NO. 38]</u>**

AND NOW, this 5th day of September, 2019, upon consideration of Indirect Purchaser Plaintiffs, with Defendant Viega LLC concurring, motion (Doc. 41) to revise portions of the Court's July 15, 2019 Order, it is hereby ORDERED that said motion is GRANTED as follows:

1. Paragraph 4.a.vi of ECF No. 38 is modified to read "Prepare monthly costs reports";

2. Paragraph 5 of ECF No. 38 is stricken in its entirety.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania