# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL'S DISCOUNT PLUMBING, LLC, ACCURATE BACKFLOW AND PLUMBING SERVICES, INC., HOMESTEAD HEATING & PLUMBING, LLC, RYAN PLUMBING, INC., AIRIC'S HEATING & AIR CONDITIONING, INC., PRIME SOURCE PLUMBING & HEATING CORP., individually and on behalf of all others similarly situated, respectively, | : CIVIL ACTION NO. 1:19-CV-159<br>:<br>: (Chief Judge Conner) |
| **Plaintiffs** | |
| v. | |
| VIEGA, LLC, | |
| **Defendant** | |

## ORDER

AND NOW, this 19th day of December, 2019, upon consideration of the motion (Doc. 70) filed by defendant Viega LLC ("Viega") for conditional concurrence in plaintiffs' motion to stay and motion for joinder and request for court approval of the parties' concurred-in proposals, it is hereby ORDERED that:

1. Viega's motion (Doc. 70) is GRANTED.

2. Plaintiffs' motion (Doc. 67) for joinder is GRANTED.

3. Plaintiffs shall file their amended complaint to the docket in the above-captioned matter no later than **Friday, December 20, 2019**.

4. Viega shall file its motion to dismiss with regard to the new plaintiffs and claims asserted by them no later than **Monday, January 6, 2020**.

5. Plaintiffs shall file their opposition to Viega's supplemental motion on or before **Friday, January 17, 2020**.

6. Viega shall file its reply in support of its supplemental motion on or before **Friday, January 24, 2020**.

7. Plaintiffs' motion (Doc. 61) to stay is DENIED as moot.

                                                /S/ CHRISTOPHER C. CONNER  
                                                Christopher C. Conner, Chief Judge  
                                                United States District Court  
                                                Middle District of Pennsylvania