**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AL'S DISCOUNT PLUMBING; et al.; individually and on behalf of all other similarly situated, respectively,**<br><br>                                            **Plaintiffs,**<br><br>        **v.**<br><br>**VIEGA LLC,**<br><br>                                            **Defendant.** | **CIVIL ACTION NOS.: 1:19-cv-00159**<br><br>**(Chief Judge Conner)** |

**ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE**

This Agreement is made and entered into by and between Plaintiffs Al's Discount Plumbing LLC, Accurate Backflow and Plumbing Services, Inc., Homestead Heating & Plumbing LLC, Ryan Plumbing, Inc., Airic's Heating & Air Conditioning, Inc., Prime Source Plumbing & Heating Corp., Mazzola Plumbing Heating & Gas Fitting, Inc., All Knight Plumbing, Heating and Air Conditioning, Inc., and Plumb Perfection LLC, on the one hand, and Defendant Viega LLC, collectively, the "Parties".

The Parties agree to modify the Class Action Settlement and Release, executed and filed with the Court on August 24, 2020 (Dkt. 93, pp. 16-65), to change the timing of the payment made by Defendant.  This is an administrative change that does not affect in any way the relief afforded to the Settlement Class Members or any other mechanics of settlement administration.

The changes are:

> Paragraph 4.1.1 is changed to:

>> 4.1.1 Viega agrees that, within fourteen (14) days of preliminary approval of the settlement and receipt of the pertinent W-9 from the Settlement Administrator, it will pay $10,000,000 into the Cash Settlement Fund (which the Parties agree is intended to qualify as a qualified settlement fund pursuant to Treasury Regulation Section 1.468B-1(c) and is further described in ¶ 4.4), $500,000 of which constitutes the "Notice Advance Payment". The Notice Advance Payment will be used solely to pay the Settlement Administrator's fees and expenses (i.e., for issuing notice to putative class members and related fees and costs). Class Counsel agree to advance any Settlement Administrator's fees and expenses in excess of $500,000 incurred prior to Final Approval. All such Settlement Administrator fees and expenses paid by Class Counsel will be reimbursed from the Cash Settlement Fund as provided in the Final Approval Order.

> Paragraph 4.1.2 is stricken entirely.

There are no further changes.

///

- 1 -

Dated:  September 16, 2020               PRITZKER LEVINE LLP

By: _____

                                 Elizabeth C. Pritzker
                                 Bethany Caracuzzo


Dated:  September 16, 2020               WOLF HALDENSTEIN ADLER FREEMAN &
                                 HERZ LLP

By:

                                 Thomas H. Burt


Dated:  September 16, 2020               OBERMAYER REBMANN MAXWELL &
                                 HIPPEL LLP

By: _____  _____

                                 Walter W. Cohen


Dated:  September 16, 2020               ZWERLING SCHACHTER & ZWERLING LLP

By: _____

                                 Fred T. Isquith, Sr.
                                 Fred T. Isquith, Jr.


                                *Counsel for the Settlement Class*

Dated:  September 16, 2020          SQUIRE PATTON BOGGS (US) LLP


                                    By: _____

                                        Alexander P. Imberg
                                        Eric J. Knapp
                                        Attorneys for Viega LLC


Dated:  September 16, 2020          ECKERT SEAMANS CHERIN & MELLOTT, LLC

                                    By: *Bridget E. Montgomery* _____
                                        Bridget Montgomery
                                        Attorneys for Viega LLC

- 3 -