UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL'S DISCOUNT PLUMBING; ACCURATE BACKFLOW AND PLUMBING SERVICES, INC.; HOMESTEAD HEATING & PLUMBING, LLC; AIRIC'S HEATING & AIR CONDITIONING, INC.; PRIME SOURCE PLUMBING & HEATING CORP.; RYAN PLUMBING, INC.; MAZZOLA PLUMBING HEATING & GAS FITTING, INC.; SOUTH SHORE HEATING AND PLUMBING, INC.; ALL KNIGHT PLUMBING, HEATING AND AIR CONDITIONING, INC.; PLUMB PERFECTION, LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VIEGA LLC, <br>        Defendant. | Case No: 19-cv-00159 <br><br> Honorable Christopher C. Conner <br><br> Electronically Filed |

**[PROPOSED] ORDER GRANTING AWARD OF ATTORNEYS' FEES,
<u>REIMBURSEMENT OF EXPENSES AND SERVICE AWARDS</u>**

Indirect Purchaser Plaintiffs ("Plaintiffs"), individual and behalf of a class of indirect purchasers of Viega ProPress® copper press fittings (the "Settlement Class"), and Viega LLC entered into a Settlement Agreement and sought

Preliminary approval, which was granted by order entered September 18, 2020 (ECF No. 99) ( the "Preliminary Approval Order"). On November 13, 2020, Indirect Purchaser Plaintiffs moved this Court for an award of attorneys' fees in the amount of 27.5% of the total settlement recovery, or $4,125,000, reimbursement of $52.932.36 in litigation expenses and service awards of $2000 for each of nine Plaintiffs, upon the Declarations of Elizabeth C. Pritzker, Esq., with attachments thereto, the Declaration of Thomas H. Burt, Esq., with attachments thereto, and the Declaration of Fred T. Isquith.

**AND NOW,** this ___ day of _____, 202_, it is hereby **ORDERED** that:

    1. The motion for attorney's fees is **GRANTED**. Attorney's fees in the amount of _[27.5]_____ percent of the $15 million dollar total settlement are awarded to Settlement Class Counsel; and

    2. The motion for reimbursement of litigation expenses is **GRANTED**. Settlement Class Counsel are awarded litigation expenses in the amount of $ [$52,932.36]_____; and

    3. The motion for service awards is **GRANTED**. The Court grants a service award of [$2000]_____ to each of the nine Plaintiffs herein.

Dated: _____

                                              _____
                                              Hon. Christopher C. Conner
                                              Judge United States District Court
                                              Middle District of Pennsylvania