# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL'S DISCOUNT PLUMBING; ACCURATE BACKFLOW AND PLUMBING SERVICES, INC.; HOMESTEAD HEATING & PLUMBING, LLC; AIRIC'S HEATING & AIR CONDITIONING, INC.; PRIME SOURCE PLUMBING & HEATING CORP.; RYAN PLUMBING, INC.; MAZZOLA PLUMBING HEATING & GAS FITTING, INC.; SOUTH SHORE HEATING AND PLUMBING, INC.; ALL KNIGHT PLUMBING, HEATING AND AIR CONDITIONING, INC.; PLUMB PERFECTION, LLC, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br> v.<br><br>VIEGA LLC,<br>            Defendant. | Case No: 19-cv-00159<br><br>Honorable Christopher C. Conner<br><br>Electronically Filed |

**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 17, 2020 at 11:00a.m. Eastern Standard Time, the Court will hold a hearing on Plaintiffs Al's Discount Plumbing; Accurate Backflow and Plumbing Services, Inc. Homestead Heating & Plumbing, LLC; Airic's Heating & Air Conditioning, Inc.; Prime Source Plumbing & Heating Corp.; Ryan Plumbing, Inc.; Mazzola Plumbing, Heating & Gas Fitting, Inc.; All Knight Plumbing Heating and Air Conditioning, Inc.; and Plumb Perfection LLC's (collectively "Plaintiffs") Motion for Final Approval of the Class Action Settlement, attached as Exhibit 1 to the accompanying Memorandum of Points and Authorities. Plaintiffs' respectfully request that the Court enter an order and judgment of final approval, on the grounds that the Settlement is fair, adequate, and reasonable.

Plaintiffs' motion is based on this notice of motion; the accompanying Memorandum of Points and Authorities; the Declaration of Elizabeth C. Pritzker; and the Declaration of Cameron R. Azari on behalf of the Settlement Administrator; and all exhibits and attachments thereto, including the Settlement Agreement; the [Proposed] Order; and all other papers filed and proceedings had in this action.

## STATEMENT OF ISSUES TO BE DECIDED

1. Whether the Settlement was fair, reasonable and adequate thereby warranting final approval;
2. Whether the Settlement Classes provisionally approved in the order granting preliminary approval (ECF 99) should be finally certified;
3. Whether the appointment of the nine named Plaintiffs as Settlement Class Representatives should be finally approved;
4. Whether, under Fed. R. Civ. P. 23(g), Interim Class Counsel for the preliminary-certified Settlement Class should be appointed Class Counsel of

the certified Class.

5. Whether final judgment approving the Settlement should be entered.

Dated: November 13, 2020

Respectfully Submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

/s/ Walter W. Cohen_____
Walter W. Cohen, Esquire
Attorney ID No. 12097
Cara Boyanowski, Esquire
Attorney ID No. 68736200
Locust Street, Suite 400
Harrisburg, PA 17101-1508
Telephone: (717) 221-7920
Walter.cohen@obermayer.com
cara.boyanowski@obermayer.com

*Liaison Counsel for the Indirect Purchaser Plaintiffs*

**ZWERLING, SCHACHTER & ZWERLING, LLP**

/s/ Fred T. Isquith_____
Fred T. Isquith, Sr., Esquire
Fred T. Isquith, Jr., Esquire
41 Madison Avenue
New York, New York 10010
Telephone: (212) 223-3900
ftisquith@zsz.com
fisquith@zsz.com

**PRITZKER LEVINE LLP**

/s/ Elizabeth C. Pritzker_____
Elizabeth C. Pritzker, Esquire

Bethany L. Caracuzzo, Esquire
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
ecp@pritzkerlevine.com
bc@pritzkerlevine.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Thomas H. Burt*_____
Thomas H. Burt, Esquire
Patrick Donovan, Esquire
270 Madison Avenue
New York, NY  10016
Telephone:  (212) 545-4600
isquith@whafh.com
burt@whafh.com
donovan@whafh.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Walter W. Cohen*