UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Al's DISCOUNT PLUMBING,

V.

VIEGA LLC

1:19-CV-00159-CCC

**WITHDRAWAL OF OBJECTION**

Steven F. Helfand filed an *objection* to the class action settlement. It is Helfand's position that he is a class member and had standing to object. Helfand believed that a particular tool, also made by *Viega*, and purchased by Helfand, was part of the settlement as well; in addition to the relevant fitting(s). Because Helfand only purchased one *Viega* fitting, along with the tool; his limited purchases from *Viega* do not warrant either participation in or *objection* to the proposed settlement, given this settlement is geared towards more bulk purchasers, with significant purchases from *Viega* of corresponding fittings. As such, Helfand's *objection* **should be withdrawn**. No parties have made any promises of any kind, or offered any form of consideration to Helfand for the withdrawal of this *objection*.

This information is submitted under penalty of perjury pursuant to the laws of the United States of America and the State of California. It is executed in Broward County. Florida.

24th day of NOVEMBER, 2020,

/S/ STEVEN F. HELFAND

Steven F. Helfand
1400 SW 137th Avenue, F112
Pembroke Pines. FL 33027
786.676.1018

Objection                    Page 1 of 1                    Submitted by *Objector*